THOMAS L. LYONS et al., Plaintiffs, *v.* ELIZABETH W. WYLDE, Individually and as Executrix and Trustee under the Will of EDWARD WYLDE, Deceased, Appellant, and SAMUEL M. WYLDE et al., Respondents, Impleaded with Others.

(Argued October 25, 1932; decided November 22, 1932.)

*Charles H. Tuttle* for appellant.

*Francis B. Hamlin* and *Malcolm C. Law* for Samuel M. Wylde et al., respondents.

*Archibald R. Watson, Ralph O. Willguss* and *Hyman W. Gamso* for Clarence M. Lewis, as substituted trustee under the will of Edward Wylde, deceased, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.